FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 28, 2022

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>     v.<br><br>ARMANDO FERNANDEZ-HERNANDEZ,<br><br>                    Defendant. | No. 4:20-CR-06007-MKD<br><br>ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT<br><br>**ECF No. 6** |

Before the Court is the United States' Motion to Dismiss Indictment, ECF No. 6. The United States moves pursuant to Fed. R. Crim. P. 48(a) to dismiss the Indictment dated February 11, 2020, ECF No. 1. Fed. R. Crim. P. 48(a) provides that the United States may dismiss an indictment with leave of court. The Court has reviewed the record and the motion and finds good cause to grant leave to dismiss the Indictment.

Accordingly, **IT IS HEREBY ORDERED:**

1. The United States' Motion to Dismiss Indictment, **ECF No. 6**, is **GRANTED.**

ORDER GRANTING UNITED STATES' MOTION TO DISMISS
INDICTMENT – **1**

    2.      The Indictment, **ECF No. 1**, is **DISMISSED without prejudice.**

    3.      The **Arrest Warrant**, **ECF No. 4**, is **QUASHED**.

    4.      All pending motions are **DENIED AS MOOT** and all pending hearing and trial dates are **STRICKEN.**

**IT IS SO ORDERED.** The Clerk's Office is directed to enter this Order and provide copies to all counsel, the United States Marshal Service, and **CLOSE** the file.

**DATED** December 28, 2022.

*s/Mary K. Dimke*
MARY K. DIMKE
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNITED STATES' MOTION TO DISMISS INDICTMENT – **2**